

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL CRIHFIELD | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 1:23cv242 HSO-BWR |
| AT&T, INC.; LBS GROUP, LLC; JOHN DOES 1-10, AND CORPORATIONS A-Z | DEFENDANTS |

### LBS GROUP, LLC'S NOTICE OF REMOVAL

Reserving all affirmative defenses and Rule 12 defenses, Defendant LBS Group, LLC removes this cause from the Circuit Court of Harrison County, Mississippi, First Judicial District, to the United States District Court for the Southern District of Mississippi, Southern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. LBS Group, LLC would show as follows:

### Basis for Removal

1.  LBS Group, LLC removes this cause to this Court based on this Court's diversity jurisdiction. *See* 28 U.S.C. §§ 1332, 1441, 1446. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(a) and 1446(a).

### State Court Action

2.  This cause is styled *Michael Crihfield versus AT&T, Inc.; LBS Group, LLC: John Does 1-10, and Corporations A-Z* on the docket of the Circuit Court of Harrison County, Mississippi, bearing Civil Action number 24CI1:23-cv-246.

3.  Copies of the papers served upon LBS Group, LLC in the state court action, namely the Amended Complaint, are attached as **Exhibit 1** in conformity with 28 U.S.C. § 1446(a).

4.  A copy of this Notice is being filed with the Harrison County Circuit Court Clerk where the state court action is pending as required by 28 U.S.C. § 1446(d).

5. Copies of all records and proceedings in the state court action are attached hereto as **Exhibit 2** in conformity with 28 U.S.C. § 1447(b) and Local Rule 5(b).

### Timeliness of Removal

6. On or about August 24, 2023, the Plaintiff, Michael Crihfield, filed his Amended Complaint in the Circuit Court of Harrison County, Mississippi, First Judicial District, which named LBS Group, LLC as a defendant for the first time. LBS Group, LLC received service of the Amended Complaint shortly thereafter.

7. This Notice of Removal is therefore timely as it is "filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which said action or proceeding is based." 28 U.S.C. § 1446(b)(1). *See also* 28 U.S.C. § 1446(b)(2)(B) ("Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal.").

### Propriety of Removal

8. This removal is proper under 28 U.S.C. § 1441(a) and (b) as well as 28 U.S.C. § 1332(a)(1); complete diversity of citizenship exists between Crihfield, AT&T, and LBS Group, and the amount in controversy exceeds $ 75,000.00.

9. This action is properly removed under Section 1441 to the Southern District of Mississippi, Southern Division, as the district and division embracing the Circuit Court of Harrison County, Mississippi, First Judicial District, in which the state court action was pending.

### Diversity of Citizenship

10. The Plaintiff, Michael Crihfield, is an adult resident of Harrison County, Mississippi. Accordingly, he is a citizen of Mississippi under 28 U.S.C. § 1332.

11. The unserved Defendant, AT&T, Inc, is a Delaware corporation with its principal place of business at Whitacre Tower, Dallas, Texas. Thus, for purposes of diversity jurisdiction, AT&T, Inc. is a citizen of both Delaware and Texas. *See* 28 U.S.C. § 1332(c)(1); *Tewari De-Ox Sys., Inc. v. Mountain States/Rosen, Ltd. Liability Corp.*, 757 F.3d 481, 483 (5th Cir. 2014).

12. The Defendant, LBS Group, LLC, is a limited liability company with seven members: Zoe Kugeares, a citizen of Florida, Konstaninos Chrisoulias, a citizen of Florida, John and Minerva Hutchison, Jr., citizens of Tennessee, Sage Prince Holdings, LLC, Victory Real Estate LLC, and Crimson Consulting Group, LLC.

13. Sage Prince Holdings, LLC's sole member is RNR Real Estate, LLC.

14. Victory Real Estate, LLC has two members, Crimson Consulting Group, LLC and RNR Real Estate, LLC.

15. Crimson Consulting Group, LLC's sole member is Christopher Mora, a Louisiana citizen.

16. RNR Real Estate LLC's sole member is Nisha Gupta, a citizen of Illinois.

17. Therefore, for the purposes of diversity jurisdiction, LBS Group, LLC is a citizen of Florida, Tennessee, Louisiana, and Illinois. *See Wesdem, L.L.C. v. Illinois Tool Works, Inc.*, 70 F.4th 285, 290 n.3 (5th Cir. 2023).

18. Accordingly, the plaintiff is from a different state than every defendant, and complete diversity of citizenship exists among the parties.

### Consent to Removal by all Defendants

19. Upon information and belief, Co-Defendant, AT&T has not yet been served in this matter. However, AT&T's counsel has indicated they do not oppose removal.

## Amount in Controversy

20.  Jurisdiction is proper under 28 U.S.C. § 1332 because the amount in controversy exceeds $ 75,000.00 exclusive of interests and costs. While Plaintiff's prayer for relief does not specify an exact amount of damages, the complaint seeks compensation for "[a]ll medical bills and expenses; [a]ll physical pain and suffering; [a]ll mental, emotional, and/or psychological pain and suffering; [a]ll loss of enjoyment of life; [a]ll inconvenience; [a]ll compensatory, special, and general damages" in addition to attorney's fees and court costs and punitive damages.

21.  Given that these items, totaled, likely exceed $ 75,000.00, on the face of this complaint, the amount in controversy is met. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 87-88, 135 S. Ct. 547, 190 L. Ed. 2d 495 (2014).

## Notice to Others

22.  In accord with 28 U.S.C. § 1446(d), LBS Group, LLC will promptly give notice to all parties in writing and shall file a copy of the notice of removal with the Clerk of the Circuit Court of Harrison County, Mississippi, First Judicial District.

## Conclusion

23.  Because there is complete diversity of citizenship between the Plaintiff and each Defendant, and because the amount in controversy exceeds $75,000.00, this Court has jurisdiction under 28 U.S.C. § 1332 and this suit is properly removed under 28 U.S.C. § 1441.

24.  Thus, LBS Group, LLC removes this action to the United States District Court for the Southern District of Mississippi, Southern Division.

THIS the 22nd day of September, 2023.

        Respectfully submitted,

        LBS GROUP, LLC, Defendant

BY: *Lauren R. McCrory*
     Kyle S. Moran MS Bar 10724
     Lauren R. McCrory MS Bar 102976
     John P. McMackin MS Bar 105967
     PHELPS DUNBAR LLP
     2602 13th Street, Suite 300
     Gulfport, Mississippi 39501
     Telephone: 228 679 1130
     Facsimile: 228 679 1131
     Email: kyle.moran@phelps.com
     Email: lauren.mccrory@phelps.com
     Email: john.mcmackin@phelps.com

ATTORNEYS FOR DEFENDANT
LBS GROUP, LLC

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 22nd day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to all parties by operation of the Court's electronic filing system. In addition, I have e-mailed a copy of this Notice of Removal to the following:

Benjamin Ullman Bowden
Ben Bowden, PC
8927 Lorraine Road,
BridgeWater Commons Suite 204-B
Gulfport, MS 39503
Email: bowden@BenBowdenLaw.com
*Counsel for Plaintiff*

This, 22nd day of September, 2023.

_____
LAUREN R. MCCRORY